AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Coogler, Lawrence S. | 2. Court or Organization<br><br>Northern District of Alabama | 3. Date of Report<br><br>05/02/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Tuscaloosa Federal Building
2005 University Blvd.
Tuscaloosa, AL 35401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | American Christian Academy |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of Alabama, Retirement Systems - Retirement Account - I have no control over this account. |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | University of Alabama - School of Law, Salary for teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | ▇▇▇▇▇ CPA, Income from accounting practice. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 05/02/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ▓▓▓▓ | Quail Hunting | $1,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BBVA Compass Bank | Real Estate Mortgage (Greystone) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AUSI Common Stock (Personal) | | None | | | Sold | 03/11/15 | J | A | |
| 2. SNV Common Stock (Personal) | A | Dividend | | | Sold | 03/11/15 | J | A | |
| 3. Rental Property No. 2, Tuscaloosa, AL (____) HH | D | Rent | M | W | | | | | |
| 4. Rental Property No. 3, Tuscaloosa, AL (____) Cap | D | Rent | M | W | | | | | |
| 5. Coogler & Copeland, Jnt. Vnt. ( ███ Tuscaloosa, AL) 50% Int | D | Rent | L | W | | | | | |
| 6. Checking Account #1 Bank of Tuscaloosa | | None | J | T | | | | | |
| 7. Checking Account #2 Bank of Tuscaloosa | | None | K | T | | | | | |
| 8. Savings Account - Compass Bank | A | Interest | L | T | | | | | |
| 9. Money Market Account #1 - Bank of Tuscaloosa | A | Interest | L | T | | | | | |
| 10. TD Waterhouse Bank Money Market Account (____) | A | Interest | K | T | | | | | |
| 11. TD Waterhouse Bank Money Market Account (CHC) | A | Interest | J | T | | | | | |
| 12. TD Waterhouse Bank Money Market Account (HCC) | A | Interest | J | T | | | | | |
| 13. TD Waterhouse Money Market Account (ADC) | A | Interest | J | T | | | | | |
| 14. Checking Account- Life Insurance Trust - Bank of Tuscaloosa | | None | J | T | | | | | |
| 15. RF Common Stock (CHC) | A | Dividend | | | Sold | 03/11/15 | J | A | |
| 16. AUSI Common Stock (CHC) | | None | | | Sold | 03/11/15 | J | A | |
| 17. RF Common Stock (HCC) | A | Dividend | | | Sold | 03/11/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WFC Common Stock (HCC) | A | Dividend | | | Sold | 03/11/15 | J | A | |
| 19. SNV Common Stock (HCC) | A | Dividend | | | Sold | 03/11/15 | J | A | |
| 20. RF Common Stock (ADC) | A | Dividend | | | Sold | 03/11/15 | J | A | |
| 21. WFC Common Stock (ADC) | A | Dividend | | | Sold | 03/11/15 | J | A | |
| 22. SNV Common Stock (ADC) | A | Dividend | | | Sold | 03/11/15 | J | A | |
| 23. Real Estate Rental, Sherwood East, Ltd. 1/12 | | None | J | U | | | | | |
| 24. IRA (LSC) -TransAmerica Asset Allocation Fund | | None | L | T | | | | | |
| 25. Prepaid College Tuition Plan, State of Alabama (HCC) | D | Distribution | J | W | | | | | |
| 26. Prepaid College Tuition Plan, State of Alabama (ADC) | | None | J | W | | | | | |
| 27. Money Market Account #3, Bank of Tuscaloosa (CHC) | A | Interest | K | T | | | | | |
| 28. Money Market Account #4, Bank of Tuscaloosa (HCC) | A | Interest | J | T | | | | | |
| 29. Money Market Account #5, Bank of Tuscaloosa (ADC) | A | Interest | J | T | | | | | |
| 30. Retirement Systems - State of Alabama | A | Interest | L | T | | | | | |
| 31. HCKT (Personal) | | None | | | Sold | 03/11/15 | K | A | |
| 32. Rental Property No. 4 -Tuscaloosa, AL (CC) | D | Rent | M | W | | | | | |
| 33. Checking Account Compass Bank (CHC) | | None | J | T | | | | | |
| 34. Rental Property No. 5 (C. Creek) - Tuscaloosa, AL | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Merril Lynch Retirement Fund (Echols, Coogler & Assoc, P.C ) | | None | | | Closed | 01/26/15 | N | | |
| 36. Merril Lynch Retirement Fund (Echols, Coogler & Assoc, P.C ) | | None | | | Closed | 02/05/15 | K | | |
| 37. Checking Account Compass Bank (HCC) | | None | J | T | | | | | |
| 38. TSS | A | Dividend | | | Sold | 03/11/15 | J | A | |
| 39. TSS ( HCC) | A | Dividend | | | Sold | 03/11/15 | J | A | |
| 40. TSS (ADC) | A | Dividend | | | Sold | 03/11/15 | J | A | |
| 41. Rental Property No.6 (Greystone) Northport, AL | D | Rent | M | W | | | | | |
| 42. Business Checking Account - Capstone Bank (Mitzi CPA) | | None | K | T | | | | | |
| 43. Business Savings Account- (Mitzi CPA) | A | Interest | L | T | Open | 02/11/15 | K | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 05/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note:

The prepaid tuition plans are state plans that I have no control over. They are valued at their cost.

The incomes listed for the LLC's and the Ltd are K-1 incomes. The values for these assets are stated at my ownership percentage.

The Retirement Account listed on line 30 in Section VII constitutes the funds that are available to me due to my payments into my State of Alabama Retirement. When I resigned from the State of Alabama, those funds became available to me. I have chosen to leave those funds with the State of Alabama Retirement Systems and draw interest on those funds. Before I resigned, the retirement account was an obligation of the State of Alabama Retirement Systems to pay a percentage of my salary once I reached retirement age.

The Merril Lynch Retirement Fund (Echols, Coogler & Assoc, P.C.) appearing at line 35 and 36 in Section VII was rolled into an IRA(X) on the two dates and in the amounts shown. "Closed" was chosen as the disposition designation since no available description seemed appropriate. The new IRA(X) (Mitzi) is now listed on the attached additional spreadsheet.

The Pioneer Investments Uni-K (Mitzi) listed at line 42 in Section VII of the 2014 Report is now listed along with other similar accounts on the attached additional spreadsheet.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Lawrence S. Coogler

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Description of Asset | Income During Reporting Period (1) Amount Code | (2) Type | Gross Value at end of reporting period (1) Value Code 2 | (2) Value Method Code 3 | Transactions during reporting period (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Identity of Buyer/Seller |
|---|---|---|---|---|---|---|---|---|---|
| Uni-K (Mitzi)- Managed by Stifel | B | Int/Div | K | T | | | | | |
| Ln # | | | | | | | | | |
| 1   PIONEER STRATEGICINCOME "FUND CL C SHARES" | | | | | Sell | 3/19/2015 | J | A | |
| 2   JP MORGAN GOVERNMENT "BOND FUND CL C" | | | | | Sell | 3/19/2015 | J | A | |
| 3   BLACKROCK LARGE CAP "GROWTH FUND C" | | | | | Buy | 3/26/2015 | J | | |
| 4   PIONEER DISCIPLINED "VALUE FUND CL C" | | | | | Buy | 3/26/2015 | J | | |
| 5   OPPENHEIMER INTERNATL "GROWTH FD CL C" | | | | | Sell | 3/26/2015 | J | A | |
| 6   PIONEER PIONEER FD "CLASS C" | | | | | Buy | 3/26/2015 | J | | |
| 7   PIONEER STRATEGICINCOME "FUND CL C SHARES" | | | | | Buy | 6/26/2015 | J | | |
| 8   JP MORGAN GOVERNMENT "BOND FUND CL C" | | | | | Buy | 6/26/2015 | J | | |
| 9   OPPENHEIMER INTERNATL "GROWTH FD CL C" | | | | | Sell | 6/26/2015 | J | A | |
| 10   PIONEER STRATEGICINCOME "FUND CL C SHARES" | | | | | Sell | 9/28/2015 | J | A | |
| 11   JP MORGAN GOVERNMENT "BOND FUND CL C" | | | | | Sell | 9/28/2015 | J | A | |
| 12   IVY MID CAP GROWTH "FUND CL C" | | | | | Buy | 9/28/2015 | J | | |
| 13   PIONEER DISCIPLINED "VALUE FUND CL C" | | | | | Buy | 9/28/2015 | J | | |
| 14   OAK RIDGE SMALL CAP "GROWTH FUND CLASS C" | | | | | Buy | 9/28/2015 | J | | |
| 15   OPPENHEIMER INTERNATL "GROWTH FD CL C" | | | | | Buy | 9/28/2015 | J | | |
| 16   PIONEER PIONEER FD "CLASS C" | | | | | Buy | 9/28/2015 | J | | |
| 17   PIONEER STRATEGICINCOME "FUND CL C SHARES" | | | | | Buy | 10/7/2015 | J | | |
| 18   JP MORGAN GOVERNMENT "BOND FUND CL C" | | | | | Buy | 10/7/2015 | J | | |
| 19   BLACKROCK LARGE CAP "GROWTH FUND C" | | | | | Buy | 10/7/2015 | J | | |
| 20   IVY MID CAP GROWTH "FUND CL C" | | | | | Buy | 10/7/2015 | J | | |
| 21   PIONEER DISCIPLINED "VALUE FUND CL C" | | | | | Buy | 10/7/2015 | J | | |
| 22   OAK RIDGE SMALL CAP "GROWTH FUND CLASS C" | | | | | Buy | 10/7/2015 | J | | |
| 23   OPPENHEIMER INTERNATL "GROWTH FD CL C" | | | | | Buy | 10/7/2015 | J | | |
| 24   PIONEER PIONEER FD "CLASS C" | | | | | Buy | 10/7/2015 | J | | |
| 25   FRANKLIN SM CAP VAL FD C | | | | | Buy | 10/7/2015 | J | | |
| 26   PIONEER STRATEGICINCOME "FUND CL C SHARES" | | | | | Buy | 12/28/2015 | J | | |
| 27   JP MORGAN GOVERNMENT "BOND FUND CL C" | | | | | Buy | 12/28/2015 | J | | |
| 28   BLACKROCK LARGE CAP "GROWTH FUND C" | | | | | Sell | 12/28/2015 | J | A | |
| 29   IVY MID CAP GROWTH "FUND CL C" | | | | | Buy | 12/28/2015 | J | | |
| 30   PIONEER DISCIPLINED "VALUE FUND CL C" | | | | | Sell | 12/28/2015 | J | A | |
| 31   OAK RIDGE SMALL CAP "GROWTH FUND CLASS C" | | | | | Buy | 12/28/2015 | J | | |
| 32   OPPENHEIMER INTERNATL "GROWTH FD CL C" | | | | | Sell | 12/28/2015 | J | A | |
| 33   PIONEER PIONEER FD "CLASS C" | | | | | Sell | 12/28/2015 | J | A | |
| | | | | | | | | | |
| IRA (X) (Mitzi) Managed by Stifel | D | Int/Div | N | T | | | | | |
| Ln # | | | | | | | | | |
| 1   Ishares MSCI EAFE | | | | | Buy | 2/2/2015 | K | | |
| 2   Ishares IBOXX $ INVT Grade Corp Bd | | | | | Buy | 2/2/2015 | J | | |
| 3   Ishares Tips Bond ETF | | | | | Buy | 2/2/2015 | J | | |
| 4   Vanguard Fnancials ETF | | | | | Buy | 2/2/2015 | K | | |
| 5   Vanguard Information Tech ETF | | | | | Buy | 2/2/2015 | K | | |
| 6   Vanguard Telecomm Srvcs ETF | | | | | Buy | 2/2/2015 | J | | |
| 7   Powershares Global Exchange | | | | | Buy | 2/2/2015 | J | | |
| 8   Ishares 3-7 yr Treasury Bond ETF | | | | | Buy | 2/2/2015 | K | | |
| 9   Ishares MBS ETF | | | | | Buy | 2/2/2015 | K | | |
| 10   Vanguard Intermediate Term Bond ETF | | | | | Buy | 2/2/2015 | K | | |
| 11   Vanguard Short Term Bond | | | | | Buy | 2/2/2015 | K | | |
| 12   SPDR Barclays High Yield Bond ETF | | | | | Buy | 2/2/2015 | J | | |
| 13   Powershares Preferred Portfolio | | | | | Buy | 2/2/2015 | J | | |
| 14   Market Vectors EMRG Mkts Local Currency Debt ETF | | | | | Buy | 2/2/2015 | J | | |
| 15   Emerging Global Shares | | | | | Buy | 2/2/2015 | J | | |
| 16   Ishares INC CORE MSCI Emerging Mkts | | | | | Buy | 2/2/2015 | J | | |
| 17   Materials Select Sector SPDR Fund | | | | | Buy | 2/2/2015 | J | | |
| 18   Health Care Select SPDR | | | | | Buy | 2/2/2015 | K | | |
| 19   Sector SPDR Consmrs STPL | | | | | Buy | 2/2/2015 | K | | |
| 20   Consumer Discretionary SPDR | | | | | Buy | 2/2/2015 | K | | |
| 21   Sector SPDR Energy | | | | | Buy | 2/2/2015 | K | | |
| 22   Sector SPDR Industrial | | | | | Buy | 2/2/2015 | K | | |
| 23   Sector SPDR Utilities | | | | | Buy | 2/2/2015 | K | | |
| 24   Ishares MSCI EAFE | | | | | Buy | 2/11/2015 | J | | |
| 25   Ishares IBOXX $ INVT Grade Corp Bd | | | | | Buy | 2/11/2015 | J | | |
| 26   Ishares Tips Bond ETF | | | | | Buy | 2/11/2015 | J | | |
| 27   Vanguard Financials | | | | | Buy | 2/11/2015 | J | | |
| 28   Vanguard Information Tech ETF | | | | | Buy | 2/11/2015 | J | | |
| 29   Vanguard Telecomm Srvcs ETF | | | | | Buy | 2/11/2015 | J | | |
| 30   Powershares Global Exchange | | | | | Buy | 2/11/2015 | J | | |

| # | Security | Buy/Sell | Date | | |
|---|---|---|---|---|---|
| 31 | Ishares 3-7 yr Treasury Bond ETF | Buy | 2/11/2015 | J | |
| 32 | Ishares MBS ETF | Buy | 2/11/2015 | J | |
| 33 | Vanguard Intermediate Term Bond ETF | Buy | 2/11/2015 | J | |
| 34 | Vanguard Short Term Bond | Buy | 2/11/2015 | J | |
| 35 | SPDR Barclays High Yield Bond ETF | Buy | 2/11/2015 | J | |
| 36 | Powershares Preferred Portfolio | Buy | 2/11/2015 | J | |
| 37 | Market Vectors EMRG Mkts Local Currency Debt ETF | Buy | 2/11/2015 | J | |
| 38 | Emerging Global Shares | Buy | 2/11/2015 | J | |
| 39 | Ishares INC CORE MSCI Emerging Mkts | Buy | 2/11/2015 | J | |
| 40 | Materials Select Sector SPDR Fund | Buy | 2/11/2015 | J | |
| 41 | Health Care Select SPDR | Buy | 2/11/2015 | J | |
| 42 | Sector SPDR Consmrs STPL | Buy | 2/11/2015 | J | |
| 43 | Consumer Discretionary SPDR | Buy | 2/11/2015 | J | |
| 44 | Sector SPDR Energy | Buy | 2/11/2015 | J | |
| 45 | Sector SPDR Insdustrial | Buy | 2/11/2015 | J | |
| 46 | Sector SPDR Utilities | Buy | 2/11/2015 | J | |
| 47 | Ishares MSCI EAFE | Buy | 3/19/2015 | J | |
| 48 | Vanguard Financials | Sell | 3/19/2015 | J | A |
| 49 | Vanguard Information Tech ETF | Sell | 3/19/2015 | J | A |
| 50 | Market Vectors EMRG Mkts Local Currency Debt ETF | Buy | 3/19/2015 | J | A |
| 51 | Health Care Select SPDR | Sell | 3/19/2015 | J | A |
| 52 | Consumer Discretionary SPDR | Sell | 3/19/2015 | J | A |
| 53 | Sector SPDR Energy | Buy | 3/19/2015 | J | |
| 54 | Sector SPDR Industrial | Sell | 3/19/2015 | J | A |
| 55 | Sector SPDR Utilities | Buy | 3/19/2015 | J | |
| 56 | Ishares MSCI EAFE | Sell | 4/30/2015 | J | A |
| 57 | Vanguard Information Tech ETF | Sell | 4/30/2015 | J | A |
| 58 | Vanguard Telecomm Srvcs ETF | Sell | 4/30/2015 | J | A |
| 59 | Ishares INC Corp MSCI Emerging Mkts | Sell | 4/30/2015 | J | A |
| 60 | Health Care Select SPDR | Sell | 4/30/2015 | J | A |
| 61 | Sector SPDR Consmrs STPL | Sell | 4/30/2015 | J | A |
| 62 | Consumer Discretionary SPDR | Sell | 4/30/2015 | J | A |
| 63 | Sector SPDR Energy | Sell | 4/30/2015 | J | |
| 64 | Sector SPDR Utilities | Sell | 4/30/2015 | J | A |
| 65 | Ishares IBOXX $ INVT Grade Corp Bd | Buy | 6/22/2015 | J | |
| 66 | Ishares Tips Bond ETF | Buy | 6/22/2015 | J | |
| 67 | Powershares Global Exchange | Buy | 6/22/2015 | J | |
| 68 | Ishares 3-7 yr Treasury Bond ETF | Buy | 6/22/2015 | J | |
| 69 | Ishares MBS ETF | Buy | 6/22/2015 | J | |
| 70 | Vanguard Intermediate Term Bond ETF | Buy | 6/22/2015 | J | |
| 71 | Vanguard Short Term Bond | Buy | 6/22/2015 | J | |
| 72 | SPDR Barclays High Yield Bond ETF | Buy | 6/22/2015 | J | |
| 73 | Market Vectors EMRG Mkts Local Currency Debt ETF | Buy | 6/22/2015 | J | |
| 74 | Ishares MSCI EAFE | Buy | 8/28/2015 | J | |
| 75 | Ishares IBOXX $ INVT Grade Corp Bd | Sell | 8/28/2015 | J | A |
| 76 | Ishares Tips Bond ETF | Sell | 8/28/2015 | J | A |
| 77 | Vanguard Fnancials ETF | Sell | 8/28/2015 | J | A |
| 78 | Vanguard Information Tech ETF | Buy | 8/28/2015 | J | |
| 79 | Powershares Global Exchange | Sell | 8/28/2015 | J | A |
| 80 | Ishares 3-7 yr Treasury Bond ETF | Sell | 8/28/2015 | J | A |
| 81 | Ishares MBS ETF | Sell | 8/28/2015 | J | A |
| 82 | Vanguard Intermediate Term Bond ETF | Sell | 8/28/2015 | J | A |
| 83 | Vanguard Short Term Bond | Sell | 8/28/2015 | J | A |
| 84 | Emerging Global Shares | Sell | 8/28/2015 | J | A |
| 85 | Ishares INC Corp MSCI Emerging Mkts | Sell | 8/28/2015 | J | A |
| 86 | Materials Select Sector SPDR Fund | Buy | 8/28/2015 | J | A |
| 87 | Sector SPDR Consmrs STPL | Sell | 8/28/2015 | J | A |
| 88 | Sector SPDR Energy | Buy | 8/28/2015 | J | A |
| 89 | Sector SPDR Industrial | Buy | 8/28/2015 | J | |
| 90 | Sector SPDR Utilities | Sell | 8/28/2015 | J | A |